**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7864**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COLLIN HENRY, a/k/a Roy Mitchell,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-89-362-S, CA-97-3646-S)

---

Submitted:  March 26, 1998          Decided:  April 7, 1998

---

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Collin Henry, Appellant Pro Se.  Beth Perovich Gesner, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court that Appellant failed to obtain authorization to file this successive motion pursuant to 28 U.S.C.A. § 2244 (West 1994 & Supp. 1997). United States v. Henry, Nos. CR-89-362-S; CA-97-3646-S (D. Md. Oct. 22, 1997; Nov. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2